IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| YOLAND GARZA | § | |
| | § | |
| V. | § | |
| | § | |
| RITZ CAMERA CENTER, INC. | § | CIVIL ACTION NO. B-00-115 |
| d/b/a BOATER'S WORLD | § | JURY DEMANDED |

## PLAINTIFF'S MOTION TO REMAND

TO THE HONORABLE JUDGE OF SAID COURT:

COMES NOW, Yolanda Garza, Plaintiff in the above styled and numbered cause, and pursuant to 28 U.S.C. § 1447 (c) files this Motion to Remand, and in support thereof would show the court as follows:

1.) On July 7, 2000 Plaintiff Yolanda Garza, filed her Original Petition against Defendant Ritz Camera Center, Inc. d/b/a Boater's World in Cameron County Texas. Following the filing of this lawsuit the Defendant alleges that Ritz is incorporated under the laws of Delaware with its principal place of business within the state of Maryland. Defendant removed this case alleging that the District Courts of the United States had jurisdiction based on diversity of citizenship.

2.) A case is not removable from the State Court unless it appears affirmatively in the Petition for Removal that at the commencement of the action and at the request for removal that diversity exists between the parties. <u>Stevens vs. Nichols</u>, 130 U.S. 230, 231 (1888). At the time this case was filed on July 7, 200, diversity did not exist as Defendent is doing business in the state of Texas. While it is Defendant's burden to prove that diversity did exist, Plaintiff offers evidence of

its claim. See Exhibit "1." Because Plaintiff and Defendant were not diverse when this case was filed, this Plaintiff moves the Court to remand this case back to the 197th State District Court of Cameron County, Texas.

WHEREFORE, PREMISES CONSIDERED, Plaintiff Yolanda Garza respectfully prays this Court grant its motion to remand this cause to the 197th State District Court of Cameron County, Texas for all further proceedings on this cause and for such other and further relief, at law or in equity, to which this Plaintiff may justly show itself entitled to receive.

Respectfully submitted,

By: _____
Thomas Sullivan
Federal ID No. 1227
State Bar No. 19491800
1205 North Expressway 83
Brownsville, Texas 78520
(956) 544-7110
(956) 544-0607 Telecopier

Of Counsel:

BRIN & BRIN, P.C.
1205 North Expressway 83
Brownsville, Texas 78520
(956) 544-7110
(956) 544-0607 Telecopier

ATTORNEY FOR PLAINTIFF
YOLAND GARZA

## CERTIFICATE OF SERVICE

This is to certify that the above and foregoing instrument has been forwarded to counsel as indicated below on this the ___9th___ day of August, 2000.

Valorie Glass
Rex N. Leach
Atlas & Hall
P.O. Box Drawer 3725
818 Pecan (78501)
McAllen, Texas 78502

CM/RRR# 7099 3220 0000 1380 0020

_____
Thomas Sullivan



# The State of Texas

## SECRETARY OF STATE

**IT IS HEREBY CERTIFIED** that

**RITZ CAMERA CENTERS, INC.**
File No. **60604-06**

a **DELAWARE** corporation, has been issued a Certificate of Authority and the corporation is currently authorized to transact business in Texas.

*IN TESTIMONY WHEREOF, I have hereunto signed my name officially and caused to be impressed hereon the Seal of State at my office in Austin, Texas on August 8, 2000.*



EXHIBIT 1

**Elton Bomer**
**Secretary of State**