4

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
FILED

AUG 14 2000

Michael N. Milby
Clerk of Court

| YOLANDA GARZA | § | |
| --- | --- | --- |
| | § | |
| VS. | § | CIVIL NO. B-00-115 |
| | § | |
| RITZ CAMERA CENTERS, INC., | § | |
| D/B/A BOATER'S WORLD | § | |

## CERTIFICATE OF FINANCIALLY INTERESTED PERSONS

Defendant RITZ CAMERA CENTERS, INC. D/B/A BOATER'S WORLD is aware of the following financially interested persons:

1) Ritz Camera Centers, Inc. d/b/a Boater's World.

Dated this 11th day of August, 2000.

Respectfully Submitted,

By: _____
Valorie Glass
State Bar No. 00784135
Federal No. 15303
P. O. Drawer 3725
818 Pecan (78501)
McAllen, Texas 78502
(956) 682-5501
Telefax No. (956) 686-6109

**ATTORNEY IN CHARGE FOR
DEFENDANT RITZ CAMERA CENTERS
D/B/A BOATER'S WORLD**

OF COUNSEL:
Rex N. Leach
State Bar No. 12086300
Federal No. 8244
ATLAS & HALL, L.L.P.
P.O. BOX 3725
818 PECAN
MCALLEN, TEXAS 78502-3725

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on the \_\_11th\_\_ day of August, 2000, a true and correct copy of the foregoing document has been mailed certified, return receipt requested, to all Counsel of record as follows:

Mr. Thomas Sullivan
Brin & Brin, P.C.
1205 North Expressway 83
Brownsville, Texas 78520

Valorie C. Glass