5

United States District Court
Southern District of Texas
FILED

AUG 22 2000

Michael N. Milby
Clerk of Court

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| YOLANDA GARZA | § | |
| | § | |
| VS. | § | CIVIL NO. B-00-115 |
| | § | |
| RITZ CAMERA CENTERS, INC., | § | |
| D/B/A BOATER'S WORLD | § | |

### DEFENDANT'S RESPONSE TO PLAINTIFF'S MOTION TO REMAND

Defendant RITZ CAMERA CENTERS, INC., D/B/A BOATER'S WORLD ("BOATERS") files this its Response to Plaintiff's Motion to Remand and respectfully shows unto the Court the following:

1. This civil action was removed from the 197th Judicial District Court, Cameron County, Texas. Plaintiff filed a Motion to Remand on August 9, 2000 alleging that the removal was improper because there is no diversity of parties.

### Parties

2. Plaintiff is an individual residing in Cameron County, Texas.

3. Defendant RITZ is incorporated under the laws of Delaware and maintains its principal place of business in Beltsville, Maryland. See attached affidavit of Allen MacDonald at Exhibit "A."

4. This Court has original jurisdiction over this action under the provisions of 28 U.S.C. §1332(a)(1). This action may be removed to this Court pursuant to 28 U.S.C.§1441(b), because the Defendant RITZ is not a citizen of Texas, the state in which the action was brought.

Defendant prays that Plaintiff's Motion to Remand be denied and for such further and other relief to which this Defendant may be entitled.

Date: August 21, 2000

Respectfully Submitted,

By: _____
Valorie Glass
State Bar No. 00784135
Federal No. 15303
818 Pecan (78501)
McAllen, Texas 78502
(956) 682-5501
Telefax No. (956) 686-6109

**ATTORNEY IN CHARGE FOR DEFENDANT**

OF COUNSEL:

Rex N. Leach
State Bar No. 12086300
Federal No. 8244
ATLAS & HALL, L.L.P.
P.O. BOX 3725
818 PECAN
MCALLEN, TEXAS 78502-3725

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on the 21st day of August, 2000, a true and correct copy of the foregoing document has been mailed certified, return receipt requested, to all Counsel of record as follows:

Mr. Thomas Sullivan
Brin & Brin, P.C.
1205 North Expressway 83
Brownsville, Texas 78520

_____
Valorie C. Glass

Defendant's Response to Plaintiff's
Motion to Remand
Page 2

RCV BY: 8-15- 0 ; 3:52PM ; 301 419 7047→ ATLAS AND HALL;# 2
SENT BY:FAX (210)686-6109 ; 8- 0 ;10:48AM ; ATLAS & HALL ATT.→ 301 419 7047;#10/11

Case 1:00-cv-00115 Document 5 Filed in TXSD on 08/22/2000 Page 3 of 4

# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF TEXAS
# BROWNSVILLE DIVISION

| | | |
|---|---|---|
| YOLANDA GARZA | § | |
| | § | |
| VS. | § | CIVIL NO. B-00-115 |
| | § | |
| RITZ CAMERA CENTERS, INC., | § | |
| D/B/A BOATER'S WORLD | § | |

## AFFIDAVIT

STATE OF MARYLAND §
§
COUNTY OF PRINCE GEORGIA §

Before the undersigned Notary Public on this day personally appeared ALLEN MACDONALD, who being by me duly sworn on oath deposed and said:

1. My name is ALLEN MACDONALD. I am over the age of twenty-one (21) and a resident of ~~Beltsville~~ Tracy Crnding, Maryland. I have never been convicted on a felony or any other crime of moral turpitude and am fully competent to make this affidavit. I have personal knowledge of the facts set forth in this affidavit and am able to swear, as I do hereby swear, that said facts and statements contained herein are true and correct.

2. I am the Human Resource Director and a duly authorized agent of RITZ CAMERA CENTERS, INC. D/B/A BOATER'S WORLD ("RITZ"), Defendant in the above-referenced cause.

3. RITZ is incorporated under the laws of the State of Delaware and maintains its principal place of business in Beltsville, Maryland.

FURTHER AFFIANT SAYETH NAUGHT.

_____
ALLEN MACDONALD



RCV BY:  8-15- 0 ; 3:53PM ;  301 419 7047→ ATLAS AND HALL:# 3
SENT BY:FAX [210]686-6109 ; 8-15- 0 ;10:49AM ; ATLAS & HALL ATTYS.→  301 419 7047;#11/11

Case 1:00-cv-00115   Document 5   Filed in TXSD on 08/22/2000   Page 4 of 4

SUBSCRIBED AND SWORN before me, on this the 15th day of August, 2000, to certify which my hand and seal of office.

_____
NOTARY PUBLIC IN AND FOR THE
STATE OF MARYLAND

My Commission Expires: _____

CAROLE McFEE MENDEZ
NOTARY PUBLIC STATE OF MARYLAND
My Commission Expires January 30, 2002

Affidavit of Allen MacDonald
Page 2