

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
FILED

AUG 2 3 2000

Michael N. Milby
Clerk of Court

| | | |
|---|---|---|
| YOLAND GARZA | § | |
| | § | |
| | § | |
| V. | § | |
| | § | |
| | § | |
| RITZ CAMERA CENTER, INC. | § | CIVIL ACTION NO. B-00-115 |
| d/b/a BOATER'S WORLD | § | JURY DEMANDED |

## CERTIFICATE OF FINANCIALLY INTERESTED PERSONS

Plaintiff, YOLANDA GARZA is aware of the following financially interested persons:

1) YOLANDA GARZA

Dated this 18TH day of August, 2000

Respectfully submitted,

By: _/s/ Thomas Sullivan_

Thomas Sullivan
Federal ID No. 1227
State Bar No. 19491800
1205 North Expressway 83
Brownsville, Texas 78520
(956) 544-7110
(956) 544-0607 Telecopier

ATTORNEY FOR PLAINTIFF
YOLAND GARZA

GARZA/RITZ: FININTER
PAGE 1

## CERTIFICATE OF SERVICE

This is to certify that the above and foregoing instrument has been forwarded to counsel as indicated below on this the <u>18th</u> day of August, 2000.

Valorie Glass
Rex N. Leach
Atlas & Hall
P.O. Box Drawer 3725
818 Pecan (78501)
McAllen, Texas 78502

CM/RRR# 7099 3220 0000 1380 0044

_____
Thomas Sullivan

GARZA/RITZ: FININTER
PAGE 2