8

UNITED STATES DISTRICT COURT          SOUTHERN DISTRICT OF TEXAS

United States District Court
Southern District of Texas
ENTERED

NOV 0 8 2000

Michael N. Milby, Clerk of Court
By Deputy Clerk

*Garza*

§
§
§
versus                                              §          CIVIL ACTION: B: 00-115
§
§
*Ritz Camera Center*                                §

## Order Resetting Conference

The intial pre-trial conference set for *November 20, 2000,* has been reset to:

## November 21, 2000 at 2:15 p.m.

Signed on ___November 7___, 2000 at Brownsville, Texas.

Hilda G. Tagle
United States District Judge