IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
FILED

NOV 16 2000

Michael N. Milby
Clerk of Court

| | |
|---|---|
| YOLANDA GARZA | § |
| | § |
| VS. | § CIVIL NO. B-00-115 |
| | § |
| RITZ CAMERA CENTERS, INC., | § |
| D/B/A BOATER'S WORLD | § |

## DEFENDANT'S MOTION TO COMPEL

TO THE HONORABLE JUDGE OF SAID COURT:

RITZ CAMERA CENTERS, INC., D/B/A BOATER'S WORLD ("BOATERS"), Defendant in the above-entitled and numbered cause, pursuant to F.R.C.P. 37, files this its Motion to Compel YOLANDA GARZA to respond to Defendant's First Set of Interrogatories and Requests for Production and make initial disclosures as required by Rule 26(a) and in support of such motion would show:

1. BOATERS is the Defendant in the above-entitled cause, which is presently being prepared for trial, and YOLANDA GARZA is the Plaintiff whose conduct has necessitated the filing of this motion.

2. On September 7, 2000, Defendant served a set of interrogatories and requests for production on Plaintiff under the provisions of, and in accordance with the requirements of Rules 33 and 34 of the Federal Rules of Civil Procedure.

3. Plaintiff's responses to Defendant's First Set of Interrogatories and Request for Production were due on or before October 10, 2000. To date, plaintiff has not responded.

4. On November 7, 2000 Defendant's counsel sent correspondence to Plaintiff's counsel, Mr. Thomas Sullivan, requesting Plaintiff's responses to Defendant's

First Set of Interrogatories and Request for Production. Plaintiff has not responded to the request. A true copy of the correspondence is attached as Exhibit A and incorporated by reference the same as if fully copied and set forth in length.

5. Rule 26(a) requires a party to make initial disclosures. Although Defendant made disclosures on October 5, 2000, Plaintiff has yet to comply with Rule 26(a).

6. To date, Plaintiff has failed and continues to fail to comply with Defendant's requests and with Rule 26(a). Yolanda Garza's noncompliance with the discovery request thwarts Defendant's discovery efforts, prevents effective trial preparation and conceals relevant facts.

7. Defendant has incurred the costs of preparing and filing this motion to force Yolanda Garza to comply with the rules.

8. Because Defendant's requests are within the permissible scope of Rule 37 and because Yolanda Garza has refused to comply with the rules, this Court should compel Yolanda Garza to respond adequately and completely to written discovery and comply with Rule 26(a) within 10 days and should award Defendant's attorneys fees incurred in preparing this motion and attending a hearing on the motion.

WHEREFORE PREMISES CONSIDERED, DEFENDANT RITZ CAMERA CENTERS, INC. D/B/A BOATER'S WORLD requests that the Court set this motion for hearing and, after the hearing, compel Yolanda Garza to respond adequately and completely to written discovery and comply with Rule 26(a) within 10 days of the Court's ruling and order Yolanda Garza to pay Defendant for expenses and attorneys fees

Defendant's Motion to Compel
Page 2

incurred in filing this motion and for such other and further relief as may be just and equitable.

                                                Respectfully Submitted,

By: _____
Valorie Glass
Federal I.D. No. 15303
State Bar No. 00784135
ATLAS & HALL, L.L.P.
P. O. Box 3725
McAllen, Texas 78502
Telephone: (956) 682-5501
Telecopier:(956) 686-6109

ATTORNEY IN CHARGE FOR DEFENDANT

OF COUNSEL:
Rex N. Leach
State Bar No. 12086300
Federal I.D. No. 8244
ATLAS & HALL, L.L.P.
P. O. Box 3725
McAllen, Texas 78502
Telephone: (956) 682-5501
Telecopier:(956) 686-6109

Defendant's Motion to Compel
Page 3

## CERTIFICATE OF CONFERENCE

I, Valorie C. Glass, am one of the attorneys for RITZ CAMERA CENTERS, INC. D/B/A BOATER'S WORLD. I have made a reasonable effort to resolve the matter with opposing counsel without the necessity of intervention from the Court.

On November 7, 2000, Defendant sent correspondence to Plaintiff's counsel, Mr. Thomas Sullivan, requesting the following information contained in our Motion to Compel. To date, plaintiff has failed and continues to fail to comply with Defendant's requests.

_____
Valorie C. Glass

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on the ___16th___ day of November, 2000, a true and correct copy of the foregoing document has been mailed certified, return receipt requested, to all counsel of record as follows:

Mr. Thomas Sullivan
Brin & Brin, P.C.
1205 North Expressway 83
Brownsville, Texas 78520

_____
Valorie C. Glass

Defendant's Motion to Compel
Page 4

# EXHIBIT "A"

Case 1:00-cv-00115   Document 10   Filed in TXSD on 11/16/2000   Page 5 of 8

ClibPDF - www.fastio.com

MORRIS ATLAS
ROBERT L. SCHWARZ
GARY GURWITZ
E.G HALL
CHARLES C. MURRAY
A KIRBY CAVIN
MIKE MILLS
MOLLY THORNBERRY
FREDERICK J BIEL
REX N. LEACH
LISA POWELL
STEPHEN L. CRAIN
O.C. HAMILTON, JR.
VICKI M. SKAGGS
RANDY CRANE
DAN K WORTHINGTON
VALORIE C. GLASS
HECTOR J. TORRES
SOFIA A. RAMÓN
RAMONA K. KANTACK
DANIEL G. GURWITZ
DAVID E. GIRAULT
JOSÉ CANO
ADRIANA H CÁRDENAS
GREGORY S KAZEN
PATRICIA S. RIM

**ATLAS & HALL, L.L.P.**
ATTORNEYS AT LAW
PROFESSIONAL ARTS BUILDING • 818 PECAN
P O BOX 3725
McALLEN, TEXAS 78502-3725
(956) 682-5501
FAX (956) 686-6109

November 7, 2000

**VIA TELECOPIER**
Mr. Thomas Sullivan
Brin & Brin, P.C.
1205 North Expressway 83
Brownsville, Texas 78520

  Re: Case No. B-00-115; Yolanda Garza vs. Ritz Camera Center, Inc., d/b/a Boater's World; In the United States District Court For the Southern District of Texas, Brownsville Texas;

Dear Mr. Sullivan:

  On September 7, 2000, Defendant propounded a set of interrogatories and requests for production to plaintiff, Yolanda Garza in connection with the above-referenced matter. To date, we have not received these responses. Also, pursuant to the Joint Report of the Meeting and Joint Discovery/Case Management Plan under Rule 26(f), Plaintiff's Rule 26(a) Initial Disclosure were due on or before October 5, 2000. To date, we have not received Plaintiff's Rule 26(a) Initial Disclosures. Please forward all responses immediately.

  I trust that we can resolve these discovery disputes without Court intervention. If I do not receive the discovery responses and the initial disclosures by **Wednesday, November 15, 2000**, you leave me no choice but to file a Motion to Compel with the Court.

  Finally, I would like to take your client's deposition on or before December 1, 2000. Please provide me with dates that you and your client are available.

  Should you have any questions or concerns, please do not hesitate to contact me.

            Very truly yours,

            ATLAS & HALL, L.L.P.

            By: _____
              Valorie C. Glass

VCG/gh

**ATLAS & HALL, L.L.P.**
ATTORNEYS AT LAW
PROFESSIONAL ARTS BUILDING • 818 PECAN
P O BOX 3725
McALLEN TEXAS 78502-3725
(956) 682-5501
FAX (956) 686-6109

MORRIS ATLAS
ROBERT L SCHWARZ
GARY GURWITZ
L.G. HALL
CHARLES C MURRAY
A. KINSEY CAVIN
MIKE MILLS
MOLLY THORNBERRY
FREDERICK J BIEL
REX N LEACH
LISA POWELL
STEPHEN L CRAIN
O.C. HAMILTON JR
VICKI W. BIGGS
RANDY CRANE
DAN K. WORTHINGTON
VALORIE C GLASS
HECTOR J. TORRES
SOFIA A. RAMON
RAMONA K KANTACK
DANIEL G GURWITZ
DAVID J GIRAULT
JOSE CANU
ADRIANA H. CARDENAS
GREGORY S MAZEN
PATRICIA S RIM

## FAX COVER SHEET

**Important:** This message is intended only for the use of the individual or entity to which it is addressed and may contain information that is privileged, confidential and exempt from disclosure under applicable law. If the reader of this message is not the intended recipient, or the employee or agent responsible for delivering this message to the intended recipient, you are hereby notified that any dissemination, distribution or copying of this communication is strictly prohibited. If you receive the communication in error, please notify us immediately by telephone, and return the original message to us at the above address via the United States Postal Service. Thank you.

Please deliver the following pages to:

Name: __THOMAS SULLIVAN__

Telecopy No: __(956) 544-0607__　Confirmation No. __(956) 544-7110__

From: __VALORIE C. GLASS__

Re: __GARZA V BOATERS__

Total Number of Pages (including Cover Sheet): __2__

Date: __November 7, 2000__

Sent by: __Hale__　　　　　　　　Time Sent: ____

MESSAGE:

**IF YOU DO NOT RECEIVE ALL THE PAGES, PLEASE CALL (956) 682-5501.**

---

## TRANSMISSION REPORT

# THIS DOCUMENT WAS CONFIRMED
# (REDUCED SAMPLE ABOVE - SEE DETAILS BELOW)

```
     ** COUNT **
TOTAL PAGES SCANNED     :  2
TOTAL PAGES CONFIRMED   :  2
```

*** SEND ***

| No. | REMOTE STATION | START TIME | DURATION | #PAGES | MODE | RESULTS |
|---|---|---|---|---|---|---|
| 1 | 819565440607 | 11- 7- 0  4:54PM | 1'34" | 2/ 2 | 48 EC | COMPLETED 4800 |
|  | TOTAL | | 0:01'34" | 2 | | |

```
NOTE:
No. : OPERATION NUMBER    48 : 4800BPS SELECTED    EC : ERROR CORRECT    G2 : G2 COMMUNICATION
PD  : POLLED BY REMOTE    SF : STORE & FORWARD     RI : RELAY INITIATE   RS : RELAY STATION
MB  : SEND TO MAILBOX     PG : POLLING A REMOTE    MP : MULTI-POLLING    RM : RECEIVE TO MEMORY
```

| | |
|---|---|
| MORRIS ATLAS<br>ROBERT L. SCHWARZ<br>GARY GURWITZ<br>E G HALL<br>CHARLES C MURRAY<br>A KIRBY CAVIN<br>MIKE MILLS<br>MOLLY THORNBERRY<br>FREDERICK J. BIEL<br>REX N. LEACH<br>LISA POWELL<br>STEPHEN L. CRAIN<br>O.C. HAMILTON, JR<br>VICKI M. SKAGGS<br>RANDY CRANE<br>DAN K. WORTHINGTON<br>VALORIE C. GLASS<br>HECTOR J. TORRES<br>SOFIA A. RAMÓN<br>RAMONA K. KANTACK<br>DANIEL G GURWITZ<br>DAVID E. GIRAULT<br>JOSÉ CANO<br>ADRIANA H CÁRDENAS<br>GREGORY S. KAZEN<br>PATRICIA S. RIM | **ATLAS & HALL, L.L.P.**<br>ATTORNEYS AT LAW<br>PROFESSIONAL ARTS BUILDING • 818 PECAN<br>P O BOX 3725<br>McALLEN, TEXAS 78502-3725<br>(956) 682-5501<br>FAX (956) 686-6109 |

## FAX COVER SHEET

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

**Important:** This message is intended only for the use of the individual or entity to which it is addressed and may contain information that is privileged, confidential **and exempt from disclosure under applicable law.** If the reader of this message is not the intended recipient, or the employee or agent responsible for delivering this message to the intended recipient, you are hereby notified that any dissemination, distribution or copying of this communication is strictly prohibited. If you receive the communication in error, please notify us immediately by telephone, and return the original message to us at the above address via the United States Postal Service. Thank you.

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

**Please deliver the following pages to:**

**Name:** THOMAS SULLIVAN

**Telecopy No:** (956) 544-0607   **Confirmation No.** (956) 544-7110

**From:** VALORIE C. GLASS

**Re:** GARZA V BOATERS

**Total Number of Pages (Including Cover Sheet):** 2

**Date:** November 7, 2000

**Sent by:** Hace      **Time Sent:** _____

---

**MESSAGE:**


---

**IF YOU DO NOT RECEIVE ALL THE PAGES, PLEASE CALL (956) 682-5501.**