11

# Civil Courtroom Minutes

United States District Court
Southern District of Texas
FILED

NOV 21 2000

Michael N. Milby, Clerk of Court

| | |
|---|---|
| JUDGE | Hilda G. Tagle |
| CASE MANAGER | Stella Cavazos |
| LAW CLERK | ■ Fajardo   ☐ Koerner   ☐ _____ |
| DATE | 11 / 21 / 00 |
| TIME | ___ a.m. / 2:45 p.m.   ___ a.m. / 3:25 p.m. |
| CIVIL ACTION | B / 00 / 115 |
| STYLE | Garza *versus* Ritz Camera |

DOCKET ENTRY

(HGT) ■ Hearing;   Estimated **2-3** day trial   ☐ Bench   ■ Jury Trial

Mr. Sullivan          for   ■ Ptf. # _____   ☐ Deft. # _____
Ms. Glass             for   ☐ Ptf. # _____   ■ Deft. # _____

☐   All motions not expressly decided are denied without prejudice.
☐   Evidence taken [exhibits or testimony].
☐   Argument heard on:   ☐ all pending motions;   ☐ these topics:
☐   Motions taken under advisement:

Comments:

    Sullivan indicated that his client would be filing a motion to remand b/c she has signed an affidavit that the amount in controversy is less than $75K. Glass indicated that Defendant would file a response. The reason for this change is that Plaintiff seeks economic damages for a sole incident, such that the damages between her quitting her job and getting a new one as a closer for a real estate company is less than the amount in controversy necessary to be in federal court.

    The parties indicated that they were agreeable to mediation, but not until after discovery.

    The Court **GRANTED** Defendant's Motion to Compel, **ORDERED** Plaintiff to respond to

1

discovery and to make Rule 26 disclosures by December 4, 2000, and to pay Plaintiff $150.00 in fees for the preparation of the motion by December 21, 2000. Sullivan stated that the reason he had not responded to discovery and correspondence b/c he was having difficulty getting his client in, and that her work schedule was a factor.

2