12

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
ENTERED

NOV 2 8 2000

Michael N. Milby, Clerk of Court
By Deputy Clerk

| | | |
|---|---|---|
| YOLANDA GARZA | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | CIVIL ACTION NO. B-00-115 |
| | § | |
| RITZ CAMERA CENTER, INC. | § | |
| d/b/a BOATER'S WORLD | § | |
| | § | |
| Defendants. | § | |

## ORDER

BE IT REMEMBERED that on November 21, 2000, the Court hereby **GRANTED** Defendant's Motion to Compel [Dkt. No. 10]. Plaintiff is **ORDERED** to respond to Defendant's interrogatories and requests for production, and to make her initial disclosures pursuant to Fed. R. Civ. P. 26, no later than Monday, December 4, 2000. Plaintiff is also **ORDERED** to pay Defendant $150.00 for expenses in preparing the motion by December 21, 2000. Plaintiff is admonished that she may be held in contempt of court for failure to comply herewith.

DONE at Brownsville, Texas, this 21 day of November 2000.

_____
Hilda G. Tagle
United States District Judge

1