*14*

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
FILED

FEB 0 6 2001

Michael N. Milby
Clerk of Court

| | |
|---|---|
| YOLANDA GARZA | § |
| | § |
| VS. | § |
| | §  CASE NO. B-00-115 |
| RITZ CAMERA CENTER, INC., | § |
| D/B/A BOARTER'S WORLD | § |

## NOTICE OF CHANGE OF ADDRESS

TO THE HONORABLE JUDGE OF SAID COURT:

COMES NOW, Thomas Sullivan, attorney for Yolanda Garza and makes this, his Notice of Change of Address and for cause thereof would show the Court as follows:

I.

Thomas Sullivan of Brin and Brin, P.C. notifies the Court and all counsel of his office's change of address and requests that all correspondence be sent to the new address indicated below:

Brin & Brin, P.C.
1325 Palm Blvd., Suite A
Brownsville, Texas 78521
(956) 544-7110
(956) 544-0607 (fax)

WHEREFORE, PREMISES CONSIDERED, Plaintiff Yolanda Garza moves that the Court and all counsel take notice of this.

                            Respectfully submitted,

                            Brin & Brin, P.C.
                            1325 Palm Blvd., Suite A
                            Brownsville, Texas 78520
                            (956) 544-7110
                            (956) 544-0607 Telecopier

                        By: _____
                            Thomas Sullivan
                          Federal ID No. 1227
                          State Bar No. 19491800
                          ATTORNEY FOR PLAINTIFF
                          YOLANDA GARZA

## CERTIFICATE OF SERVICE

      This is to certify that the above and foregoing instrument has been forwarded to counsel as indicated below on this the __5TH__ day of February, 2001

Ms. Valorie Glass                     **VIA CM/RRR # 7000 0520 0022 1414 2598**
Atlas & Hall, L.L.P.
818 Pecan
McAllen, Texas 78502

                          _____
                            Thomas Sullivan

GARZA/RITZ: CHAG-ADD
PAGE 2

ClibPDF - www.fastio.com