**COPY**

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
FILED

MAR 1 5 2001

Michael N. Milby
Clerk of Court

| | | |
|---|---|---|
| YOLANDA GARZA | § | |
| | § | |
| VS. | § | CIVIL NO. B-00-115 |
| | § | |
| RITZ CAMERA CENTERS, INC., | § | |
| D/B/A BOATER'S WORLD | § | |

### DEFENDANT'S DESIGNATION OF EXPERT WITNESSES

Defendant **RITZ CAMERA CENTERS, INC. D/B/A BOATER'S WORLD** files this Designation of Expert Witnesses pursuant to the Court's December 20, 2000 Scheduling Order.

Defendant **RITZ CAMERA CENTERS, INC. D/B/A BOATER'S WORLD** designates the following experts:

1) Rex Leach
   Valorie C. Glass
   ATLAS & HALL, L.L.P.
   P. O. Box 3725
   McAllen, Texas  78502
   956-682-5501

   Mr. Leach and Ms. Glass may testify regarding reasonable attorneys' fees.

Defendant's attorneys reserve the right to designate or call to testify any and all expert witnesses named by the Plaintiff or other parties. Further, Defendant reserves the right to designate rebuttal witnesses, if necessary.

Dated: March 14, 2001.

                                  Respectfully submitted,

By: _____
      Valorie C. Glass
      Federal I.D. No. 15303
      State Bar No. 00784135
      ATLAS & HALL, L.L.P.
      P. O. Box 3725
      McAllen, Texas 78502
      Tel. (956) 682-5501
      Fax  (956) 686-6109

ATTORNEY IN CHARGE FOR DEFENDANT
RITZ CAMERA CENTERS, INC. D/B/A
BOATER'S WORLD

Of Counsel:

Rex N. Leach
State Bar No. 12086300
Federal I.D. No. 8244
ATLAS & HALL, L.L.P.
P. O. Box 3725
McAllen, Texas  78502
Telephone: (956) 682-5501
Telecopier:(956) 686-6109

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this __14__ day of March, 2001, a true and correct copy of the above and foregoing document has been mailed by certified mail, return receipt requested, to the following counsel of record:

Mr. Thomas Sullivan
Brin & Brin, P.C.
1325 Palm Blvd., Ste. A
Brownsville, Texas 78521

_____
Valorie C. Glass

Designation of Experts
Page 3