16

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF TEXAS
# ADR MEMORANDUM TO CLERK OF COURT

(To be submitted in duplicate
if case settles before ADR *or* within
10 days after completion of ADR.)

United States District Court
Southern District of Texas
FILED

APR 1 0 2001

Michael N. Milby
Clerk of Court

**YOLANDA GARZA**

                Plaintiff(s)

V.

**RITZ CAMERA CENTERS, INC.,
D/B/A BOATER'S WORLD**

                Defendant(s).

DIVISION   **BROWNSVILLE**
CIVIL ACTION NO. **B-00-115**

**ADR METHOD:**   Mediation   **X**   Arbitration ___
Mini-trial ___   Summary Jury Trial ___

**TYPE OF CASE:**   **SEXUAL HARASSMENT**

1. Please check one of the following:
   The case referred to ADR settled **✓** or did not settle ___.

2. My total fee and expenses were: $ **900.00.**
   (If you had no fees and expenses, please indicate if the case settled before ADR, OR if the ADR proceeding was conducted on a no-fee basis pursuant to order of the Court or agreement of the parties.)

3. Please list names, addresses and telephone numbers of all parties and all counsel of record:

   Yolanda Garza, Plaintiff
   Mr. Thomas Sullivan, Attorney
   BRIN & BRIN, P.C.
   1325 Palm Blvd., Ste. A
   Brownsville, Texas 78521
   (956) 544-7110 - telephone
   (956) 544-0607 - telefax

   Ritz Camera Centers, Inc., d/b/a Boater's World, Defendant
   Ms. Valorie C. Glass, Attorney
   ATLAS & HALL, L.L.P.
   818 Pecan
   McAllen, Texas 78501
   (956) 682-5501 - telephone
   (956) 686-6109 - telefax

ADR PROVIDER

Date: 3/29/01

Name: _____Alfred T. Denham_____

Signature: /s/ Alfred T. Denham

SDTX-ADR-5/(Rev. 6-15-93)