17

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
ENTERED

APR 1 8 2001

Michael N. Milby, Clerk of Court
By Deputy Clerk

| | | |
|---|---|---|
| YOLANDA GARZA | § § | |
| VS. | § § | CIVIL NO. B-00-115 |
| RITZ CAMERA CENTERS, INC., D/B/A BOATER'S WORLD | § § § | |

## AGREED ORDER OF DISMISSAL WITH PREJUDICE

On this day came on to be considered the above-entitled and numbered cause. The Court having been advised that all disputes in controversy having been settled is of the opinion that the above-referenced matter should be dismissed with prejudice to refiling.

It is therefore, ORDERED, ADJUDGED and DECREED this action be dismissed with prejudice and all taxable costs of Court will be borne by the party incurring same.

SIGNED FOR ENTRY this 18th day of April, 2001.

_____
JUDGE PRESIDING

AGREED TO AND APPROVED:

BRIN & BRIN, P.C.
1325 Palm Blvd, Ste. A
Brownsville, Texas 78521
Tel: (956) 544-7110
Fax: (956) 544-0607

By: _____
Thomas Sullivan
State Bar No. 19491800
Federal I.D. No. 1227
ATTORNEY FOR PLAINTIFF

ATLAS & HALL, L.L.P.
P. O. Box 3725
McAllen, Texas 78502
Tel: (956) 682-5501
Fax: (956) 686-6109

By: _____
Valorie Glass
State Bar No. 00784135
Federal I.D. No. 15303
ATTORNEY FOR DEFENDANT